UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                Plaintiff,

-against-

SHELTERS IN THE US AND THE WORLD,

                Defendants.

20-CV-6233 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    On July 9, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* case, seeks IFP status, but has not sought leave from the Court.[1] This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the July 9, 2015 order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. All other pending matters are terminated.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  August 11, 2020
          New York, New York

                                      COLLEEN McMAHON
                                Chief United States District Judge

---

[1] Plaintiff inexplicably attaches to his complaint a notice of appeal, a motion for extension of time to file a notice of appeal, and a motion for leave to proceed IFP on appeal. The Court does not address these documents.